**SO ORDERED: November 6, 2023.**

Robyn L. Moberly
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:
CARDIS EDWARD MORTON
TERESA RAY MORTON

CASE NO. 23-02474-RLM-13

DEBTOR(S)

**ORDER GRANTING DEBTOR (S)' §1329 MOTION TO MODIFY (DOC. 33)**

This matter came before the Court on the Debtor (s)' §1329 Motion to Modify Plan after Confirmation (Doc. **33**) filed on **10/10/23** (more appropriately deemed to be a Motion to Modify Plan pursuant to §1329),

And the Court, having extended notice and no objections to said Motion having been filed, or if filed, said objection having been resolved or withdrawn, now finds that said Motion should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Debtor (s)' §1329 Motion to Modify Plan after Confirmation shall be granted.

IT IS FUTHER ORDERED that the Debtor(s) shall pay Ann M. DeLaney, Trustee as follows:

**Debtors' plan payments remain as confirmed, at $300.00 per month for 54 months, to reach a plan base of $16,200.00. Claim #8, American First Finance, shall be paid a secured, fair market value claim, of $100.00 at 9.50% interest. All other aspects of the previously confirmed plan shall remain in effect.**

###